# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Steven Torok,

    Plaintiff

v.

Albertsons, LLC,

    Defendant

Case No.: 2:14-cv-440-JAD-NJK

**Order Adopting Report and Recommendation [Doc. 27] and Dismissing Case**

Magistrate Judge Nancy Koppe entered a Report and Recommendation on September 3, 2014, recommending dismissal of Plaintiff Steven Torok's complaint. Doc. 27. Objections were due September 17, 2014. Torok has filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1]

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Koppe's Report and Recommendation **[Doc. 27] is ACCEPTED**.

The Clerk of Court is directed to close this case.

DATED October 3, 2014.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1